## INTEREST RESERVE FUND RIDER

Pursuant to Section 4.1 of the Loan Agreement to which this rider is attached, an amount equal to $      .00 shall be credited to the Interest Reserve Fund for the payment of interest under the Note pursuant to this rider.

Lender will pay interest as it comes due under the Note from time to time from the Interest Reserve Fund so long as adequate Loan proceeds and/or Borrower's funds remain available under the Interest Reserve Fund and Borrower is not in default under the Loan Agreement, Note or Security Instrument. The Interest Reserve Fund will be used to pay interest until the Interest Reserve Fund is depleted. Each Disbursement from the Interest Reserve Fund will increase the amount of the outstanding principal under the Note to the extent Loan proceeds are used. The available amount remaining for payment of interest under the Interest Reserve Fund will be reduced by the amount of each interest payment made from the Interest Reserve Fund.

Borrower shall make current payments to cover any deficiency for any interest payment currently due under the Note for which there are insufficient funds available in the Interest Reserve Fund. Upon depletion of all funds available in the Interest Reserve Fund for any reason, Borrower shall make payments under the Note directly to Lender in accordance with the provisions of the Note.

Dated this        day of

_____        _____
Borrower                                Borrower

_____        _____
Borrower                                Borrower

_____        _____
Borrower                                Borrower

_____        _____
Borrower                                Borrower

# Exhibit D





FAX  215 517 5630          LEVIN & ASSOC                    ☎001/001

**SETTLEMENT STATEMENT**

| | | |
|---|---|---|
| Optional Form for | U.S. DEPARTMENT OF HOUSING | File Number 09-1206-OA |
| Transactions without Sellers | AND URBAN DEVELOPMENT | Loan Number 17827368 |
| | OMB Approval No. 2502-0265 (expires 11/30/2009) Mtg Ins Case Number |

| | |
|---|---|
| NAME OF BORROWER | Brett B. Weinstein and Dana Weinstein |
| ADDRESS: | 8 Highgrove, Unit 8, Harristown, PA 19443 |
| NAME OF LENDER: | JPMorgan Chase Bank, N.A. NAOA |
| ADDRESS: | 118 Pheasant Run Suite 110, Newtown PA 18940 |
| PROPERTY ADDRESS: | Unit 8 Highgrove, Malvern, PA 19355 |
| | Unit 41-41-38,8, Tredyffrin township |
| SETTLEMENT AGENT: | Grateful Abstract, LLC, 215-517-7000 Fax 215-517-1670 |
| PLACE OF SETTLEMENT: | 400 Greenwood Avenue, 2nd Floor, Wyncote, PA 19095-1824 |
| Loan Number:  17827368 | SETTLEMENT DATE:  02/27/2008 |

| L. Settlement Charges | | | M. Disbursement to Others | |
|---|---|---|---|---|
| 800. Items Payable in Connection with Loan | | | 1501. Payoff of 1st written payoff | 748,033.91 |
| 801. Loan Origination Fee 0.00% to | | | to Chase Home Finance | |
| 802. Loan Discount 0.00% to | | | 1502. 2008 2009 School Taxes | 2,701.62 |
| 803. Appraisal Fee | | | to Tredyffrin/Easttown School District | |
| 804. Credit Report | | | 1503. DuBrow's School Tax Bill | 10.00 |
| 805. Underwriting Fee to JPMorgan Chase Bank N.A. NAOA | 200.00 | | to Tredyffrin Twp SD | |
| 806. Fund Management Fee to Confirion Management LLC | 1,450.00 | | 1504. Commission Holdback | 1,062,500.00 |
| 807. Tax Service Contract Fee Perm to First American Real Estate Tax Serv | 84.00 | | to JPMorgan Chase Bank N.A. NAOA | |
| 808. Non Refund Appl Fee to JPMorgan Chase Bank N.A. NAOA 600.00 | 600.00 | | 1505. | |
| 809. Non Refund Appl Fee to JPMorgan Chase Bank N.A. NAOA 338.00 | -338.00 | | | |
| 810. Processing Fee to JPMorgan Chase Bank N.A. NAOA | 500.00 | | 1506. | |
| 811. Flood Cert Fee to CoreLic LLC | 14.00 | | | |
| 900. Items Required by Lender to be Paid in Advance | | | 1507. | |
| 901. Interest From 02/27/2008 to 03/01/2008 @ $ per day | | | | |
| 902. Mortgage Insurance Premium for to | | | 1508. | |
| 903. Hazard Insurance Premium for to | | | | |
| Kivel & Company | 2,817.00 | | 1509. | |
| 904. | | | | |
| 1000. Reserves Deposited with Lender | | | 1510. | |
| 1001. Hazard Insurance          mo @ $     283.91 per month | | | | |
| 1002. Mortgage Insurance        mo @ $     per month | | | 1511. | |
| 1003. City Property Taxes        mo @ $     per month | | | | |
| 1004. County Property Taxes      mo @ $     per month | | | 1512. | |
| 1005. School Taxes               mo @ $     per month | | | | |
| 1006.                            mo @ $     per month | | | 1513. | |
| 1007.                            mo @ $     per month | | | | |
| 1008.                            mo @ $     per month | | | 1514. | |
| 1009. Aggregate Analysis Adjustment | 0.00 | | | |
| 1100. Title Charges | | | 1515. | |
| 1101. Settlement or closing fee to Levin & Associates | 250.00 | | | |
| 1102. Abstract or title search | | | 1516. | |
| 1103. Title examination | | | | |
| 1104. Title insurance binder | | | 1517. | |
| 1105. Document Preparation | | | | |
| 1106. Notary Fees to Levin & Associates | 25.00 | | 1518. | |
| 1107. Attorney's fees | | | | |
| (includes above items No. ) | | | 1519. | |
| 1108. Title insurance to Grateful Abstract, LLC | 3,873.00 | | | |
| (includes above items No. ) | | | 1520. TOTAL DISBURSED | 1,813,245.53 |
| 1109. Lender's Policy $ 1,572,810.00 x $ .8750() | | | (enter on line 1603) | |
| 1110. Owners Policy $ | | | N. NET SETTLEMENT | |
| 1111. Endt 100, Endt 300, to Grateful Abstract LLC | 200.00 | | | |
| 1112. Pa 110, Endt 900 Loan to Grateful Abstract LLC | 100.00 | | 1600. Loan Amount | 1,572,810.00 |
| 1113. Closing Protection Letter to Title Insurance | 35.00 | | | |
| 1200. Government Recording and Transfer Charges | | | 1601. PLUS Cash/Check from Borrower | 0.00 |
| 1201. Recording Fees: Mortgage $180.50 | 180.50 | | | |
| 1202. City/County tax/stamps | | | 1602. MINUS Total Settlement Charges | -141,811.12 |
| 1203. State tax/stamps | | | (line 1400) | |
| 1204. | | | 1603. MINUS Total Disbursements to Others | 1,813,245.53 |
| 1205. Record Release of Mtg to Grateful Abstract Recording | 123.00 | | (line 1520) | |
| 1400. Additional Settlement Charges | | | | |
| 1301. Survey | | | 1604. EQUALS Disbursements to Borrower | -372,246.65 |
| 1302. Recording Transmittal Fee to Levin & Associates | 65.00 | | (after expiration of any applicable | |
| 1303. Tax certification to Grateful Abstract LLC | 50.00 | | rescission period required by law) | |
| 1304. Non Refund App Fee Paid by to JPMorgan Chase Bank 0.00/0.00 0.00 | | | | |
| 1305. Courtesy Mail Contain United Parcel Service | 68.50 | | | |
| 1306. Record Release Not Waiver to Grateful Abstract Recording | 78.50 | | | |
| 1307. 2008 School Taxes Tredyffrin Easttown SD | 2,701.62 | | | |
| 1308. Final Payx to Mortgage Home | 130,000.00 | | | |
| 1400. Total Settlement Charges  (enter on line 1602) | 141,811.12 | | | |

# Exhibit E

CHASE HOME FINANCE    Fax:215579460          Sep 29 2008  12:47      P. 02

CHASE NEWTOWN        Fax:215578906B          Sep 16 200        P. 01

Draw / HIGH GROVE

## Draw Request.                  Form E                    CHASE

Date: 9-16-08               ☒ Check if this is the "Draw at Close"     ☐ Check if this is the "Final Draw"

Borrower: Brett & Dina Weinstein

Phone #: 610-635-1201        Fax #:

Contractor: Masterpiece Homes

Phone #: 610-520-6120        Fax #: 610-520-1259

Property Address: 8 Highgrove  Malvern PA 19355

City: Malvern               State: PA            Zip Code: 19355

Draw Schedule
Application is made for payment, as shown below, in connection with the contract.

| Line Number | Payee | Amount ($) |
|---|---|---|
| All stages | First Draw | $130,000 |
| | Masterpiece Homes | |
| | 10% contractor amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL in the amount of ($) | 130,000 |

Contractor Signature:_____    Date:_____

By signing, Contractor hereby certifies to Chase that the work set forth in the above request has been completed in accordance with the plans and specifications for the project and meets code and all other guidelines established by the governing municipality. The above signed further warrants that the costs requisitioned for work on previous draws have been paid.

Borrower Signature:_____    Date:_____

By signing above, Borrower(s) hereby certifies to Chase that the work and materials set forth above have been thoroughly reviewed by Borrower(s) and are acceptable to Borrower(s); the work and material on site have been satisfactorily completed and/or supplied; and all suppliers and subcontractors have been paid for work and materials currently in place or on site, (with the exception of work and materials which are the subject of this draw request). Borrower(s) approves this draw request for funding by Chase. Any notice, preliminary notice, lien claims, or any additional documents which Borrower(s) has received which are related to any claims associated with construction, have been included with/out current or prior draw requests.

Please note request will be delayed if the appropriate draw procedures are not followed.

email (law)

CHASE NEWTOWN          Fax:2155799065          Jun 29 2009  14:10    P. 04

**Draw Request**          Form E          **CHASE** ○

Date: _JANUARY 28, 2009_   □ Check if this is the 'Draw at Close'   □ Check if this is the 'Final Draw'

Borrower: _BRETT AND DIANA WEINSTEIN_

Phone #: _610-337 3733_          Fax #: _____

Contractor: _MASTERPIECE HOMES, INC._

Phone #: _610 520 6120_          Fax #: _610 520 1039_

Property Address: _155B HIGHGROVE LANE  (LOT 8)_

City: _MALVERN_          State: _PA_          Zip Code: _19355_

**Draw Schedule**
Application is made for payment, as shown below, in connection with the contract.

| Line Number | Name | Amount ($) |
|---|---|---|
| 01 | MASTERPIECE HOMES, INC | 57,016.10 |
| 02 | MASTERPIECE HOMES, INC | 109,016.13 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL in the amount of ($)  _166,032.23_

Contractor Signature: _____          Date: _JANUARY 28, 2009_

By signing, Contractor hereby certifies to Chase that the work set forth in the above request has been completed in accordance with the plans and specifications for the project and meets code and all other guidelines established by the governing municipality.  The above signed further warrants that the costs requisitioned for work on previous draws have been paid.

Borrower Signature: _____          Date: _____

By signing above, Borrower(s) hereby certifies to Chase that the work and materials set forth above have been thoroughly reviewed by Borrower(s) and are acceptable to Borrower(s); the work and material on site have been satisfactorily completed and/or supplied; and all suppliers and subcontractors have been paid for work and materials currently in place or on site, (with the exception of work and materials which are the subject of this draw request).  Borrower(s) hereby approves this draw request for funding by Chase.  Any notices, preliminary notices, lien claims, or any additional documents which Borrower(s) has received which are related to any claims associated with construction, have been included with current or prior draw requests.

Please note request will be delayed if the appropriate draw procedures are not followed.

8/07 (4M)

# Exhibit F



KEN CASELLA — (c) (610) 937-9044

GLENMOORE   (610) 458-0737

March 13, 2009

NOLEN HOMES
PAUL FINNY (610) 783-5800 x2

## MICHAEL H. VISICH
### ARCHITECTS
### PLANNERS

274 LANCASTER AVE.
SUITE 204
MALVERN, PA 19355
610 889-0490
FAX 610 889-0910
EMAIL mhval@aol.com

Michael H. Visich-RA
Mark E. Slanish-RA

Dear Brett and Dana,

I am writing you this letter to inform you that the check for $33,301.20 which was written out to me by Masterpiece Homes to cover the balance due for architectural services for your new residence on lot 8 at "HIGHGROVE" was returned. I was also informed that Masterpiece Homes is no longer in business.

Since my letter contract is with you and not Masterpiece homes I would like you to address this or give me a call to discuss when I can expect payment for our services.

I realize that your builder has put you in a very difficult situation and was sorry to hear what took place. Please let me know if I can be of any help with either suggesting new builders for you to talk with or if you want me to put the project out for a competitive bid with 2-3 builders for you. I realize that you will need access to the final set of construction drawings and I will be very cooperative with you once we have a mutual understanding of how compensation will occur.

Sincerely,

Michael Visich



MICHAEL H.
**visich**
A R C H I T E C T S
P L A N N E R S

274 LANCASTER AVE.
SUITE 204
MALVERN, PA 19355
610 889-0490
FAX 610 889-0910
EMAIL mhval@aol.com

Michael H. Visich-RA
Mark E. Stanish-RA

January 31, 2009

Mr. and Mrs. Brett Weinstein
705 West Dekalb Pike
King of Prussia, PA 19406

Reference:   New house at Lot 8 Highgrove

Dear Brett and Dana,

I forward this letter as a past billing for professional architectural services on the above referenced project in the billing period January 11¢ through January 31, 2009.

Amount Past Due
3/31/08 ................................................... $1,702.00
5/31/08 ................................................... $26,240.00
7/31/08 ................................................... $4,442.20
10/15/08 ................................................. $917.00

TOTAL DUE ............................................. $33,301.20

*Brett, I would appreciate it if you could have a discussion with Steve Mumper and let me know when the first draw from the bank will be processed so that this bill can be paid.*

Sincerely,

Michael H. Visich



*see attached*

December 31, 2008

Mr. and Mrs. Brett Weinstein
705 West Dekalb Pike
King of Prussia, PA  19406

**MICHAEL H.**
**visich**
A R C H I T E C T S
P L A N N E R S

274 LANCASTER AVE.
SUITE 204
MALVERN, PA 19355
610 889-0490
FAX 610 889-0910
EMAIL mhval@aol.com

Michael H. Visich-RA
Mark E. Stanish-RA

Reference:   New house at Lot 8 Highgrove

Dear Brett and Dana,

I forward this letter as a past billing for professional architectural services on the above referenced project in the billing period December 15 through December 31, 2008.

Amount Past Due
3/31/08 .................................................. $1,702.00
5/31/08 .................................................. $26,240.00
7/31/08 .................................................. $4,442.20
10/15/08 ................................................ $917.00

TOTAL DUE ............................................. $33,301.20

Please give me a call and let me know when I can expect payment for this outstanding bill.

Sincerely,

Michael H. Visich

# Exhibit G

Fund Control Granite Loan Management The Experts for Construction Lending



# GRANITE LOAN MANAGEMENT

## THE EXPERTS FOR CONSTRUCTION LENDING

| Home | Lenders » | Contractors » | Inspectors » | Home Owners » |
|---|---|---|---|---|

**CLIENT SERVICES**

Forms

View Status

**PRODUCTS & SERVICES**

Risk Mitigation Services

Contractor Acceptance

Project Review

National Inspector Network

Fund Control Management

Title Datedown Services

Special Assets Services

Additional Services

**RESOURCES**

CLN E-News Center

Conferences & Events

Construction Lending News

Strategies Seminar

COMPANY

## WELCOME



*We are a full-service Construction Risk Mitigation Company offering services such as Contractor Review... Project Review... Fund Control...*

Granite Loan Management (GLM) is the industry expert in construction lending and **fund control**. GLM provides construction risk mitigation so you can develop your construction lending business and establish a reliable **fund control** process with confidence.

We are a full-service Construction Risk Mitigation Company offering services such as Contractor Review and Acceptance, Project Review and Approval, **Fund Control** including Inspections and Reporting as well as the forwarding of billing statements and collection of payments.

With both new home origination and homeowner rehabilitation on the rise, construction lending represents explosive opportunities for growth. Construction loan gross yields are in excess of typical mortgage products, but without a solid **fund control** process in place, the risks represented can quickly debilitate even the most secure programs.

GLM, through its Risk Mitigation System, offers lenders and private individuals the ideal way to oversee the **fund control** process without the burden of additional paperwork and excessive legal consultation. With unsurpassed policies and procedures, GLM takes the guesswork out of statutory lien law throughout every phase of the construction process. Through our in-house **fund control** department, we offer our clients web-based budget and draw status, quality inspections from Maine to Maui and all within established service standards.

*For the private individual who is building a home, we offer the peace of mind of over seeing the complex process of fund control by ensuring each project will be finished on time, within budget and free of mechanics' liens.*

Our proven products and services enable lenders to enter the lucrative construction lending market without the cost of developing an expensive infrastructure. For the

Fund Control Granite Loan Management The Experts for Construction Lending



private individual who is building a home, we offer the peace of mind of overseeing the complex process of **fund control** by ensuring each project will be finished on time, within budget and free of mechanics' liens.

We can manage a lender's existing portfolio or assist in building a new one depending on our level of involvement. In addition GLM also provides, in conjunction with our **fund control** services, comprehensive information regarding the various lien laws specific to each state in which a lender chooses to operate.

Whether you utilize all of our products or only one, GLM's services will save you time, minimize your costs and reduce your risk. As your independent third-party, GLM will also act as your advisor throughout the entire construction phase. With dedicated customer service departments for all of our divisions, GLM is committed to offering each and every one of our clients exemplary support.

Let GLM custom tailor a construction risk mitigation program to meet your needs!



**Products & Services | Contact Us**

Copyright ©2000 Granite Loan Management - All Rights Reserved

# Exhibit H

Chase Home Finance LLC (OH4-7164)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 836-5656 Customer Care
(800) 582-0542 TDD / Text Telephone

**CHASE** 

September 28, 2010

Weinstein Law Offices PC
705 W Dekalb Pike
King Of Prussia, PA 19406

Re:  Account Number 427040005829
Customer Name: Brett Weinstein
Case Number: 10655094

Returned Funds

Dear Weinstein Law Offices PC:

We appreciate your business as our customer.  We're writing to acknowledge your recent remittance regarding your above-referenced account.

We are unable to accept your check # in the amount $2,000.00 of for the following reason(s):
      ***not enough funds to satisfy the loan.

Items to be returned may be sent to the return address at the top of the letter.

Your account information is also available on ChaseNow.com, twenty-four hours a day, seven days a week. Your satisfaction is important to us.  If you have any questions, please call us at (800) 836-5656, and we will be happy to assist you.  Thank you for banking with us.

Sincerely,
Default Payment Specialist
Home Equity Financial Processing

WEINSTEIN LAW OFFICES PC
BRETT R. WEINSTEIN, ESQ.
BUSINESS ACCOUNT
705 W. DEKALB PIKE (610) 337-3733
KING OF PRUSSIA, PA 19406

ROYAL BANK
AMERICA
60-109-0319

9/16/2010

PAY
TO THE
ORDER OF    Chase                                                    $  **2,000.00

Two Thousand and 00/100**                                          DOLLARS

Chase
PO Box 78035
Phoenix, AZ 85062-8035

MEMO

AUTHORIZED SIGNATURE

# Exhibit I

## PHELAN HALLINAN & SCHMIEG, L.L.P

One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 1400
Philadelphia, PA 19103-1814
215-563-7000
Fax: 215-563-5534

Representing Lenders in
Pennsylvania and New Jersey

September 29, 2010

Brett B. Weinstein
1553 High Grove Lane a/k/a
Lot 8 at Highgrove
Malvern, PA 19355

Brett B. Weinstein
707 W. DeKalb Pike
King of Prussia, PA 19406

Dana M. Weinstein
1553 High Grove Lane a/k/a
Lot 8 at Highgrove
Malvern, PA 19355

Dana M. Weinstein
2623 Condor Circle
Norristown, PA 19403

Brett B. Weinstein
2623 Condor Circle
Audubon, PA 19403

Dana M. Weinstein
2623 Condor Circle
Audubon, PA 19403

Re: Premises: 1553 High Grove Lane A/K/A Lot 8 at Highgrove,
Malvern, PA 19355

Loan No.: 10655094

NOTICE OF INTENTION TO FORECLOSE

CONSTRUCTION LOAN

We represent J.P. Morgan Chase Bank, National Association, the
holder of the Mortgage on the above-referenced premises, which
mortgage is in SERIOUS DEFAULT as a result of failing to complete
construction by 3/29/2010. The total amount now required to pay off
this mortgage as of the date of this letter is $680,898.65.

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
THIS NOTICE IS SENT TO YOU IN AN ATTEMPT TO COLLECT THE
INDEBTEDNESS REFERRED TO HEREIN AND ANY INFORMATION OBTAINED FROM
YOU WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED

-- 1 --

# Exhibit J



WEINSTEIN LAW OFFICES PC

708 WEST DEKALB PIKE
KING OF PRUSSIA, PA 19406
(610) 337-3733
FAX (610) 337-3240

FOSTER PLAZA, SUITE 300
651 HOLIDAY DRIVE
PITTSBURGH, PA 15220
(800) 850-9535
FAX (412) 928-4951

October 5, 2009

Chase Home Finance LLC
National Construction Center
6465 S Greenwood Plaza Blvd #900
Centennial, CO 80111

Re:     Request for Extension
        Construction Loan # 00427040005829

Dear Janet Baughman:

        We are requesting an extension of our proposed completion date of September 29,
2009 to July 31, 2010 due to the fact that months of inactivity have gone by and more
time is needed to complete the home.

        On February 26, 2009, Masterpiece Homes' attorney, Albert Clardi, contacted us
stating that Masterpiece Homes would no longer operate as a business and would not
complete the construction of our new home, 1538 Highgrove Lane, Malvern, PA.

        On August 28, 2009, we signed a new contract with our builder, Merion
Construction Management LLC.

Sincerely,

Brett B. Weinstein



WEINSTEIN LAW OFFICES PC

705 WEST DEKALB PIKE
KING OF PRUSSIA, PA 19406
(610) 337-3733
FAX (610) 337-3240

FOSTER PLAZA, SUITE 300
651 HOLIDAY DRIVE
PITTSBURGH, PA 15220
(800) 859-9535
FAX (412) 928-4951

October 5, 2009

JPMorgan Chase Bank
National Construction Center
6465 S. Greenwood Plaza Blvd.
Suite 900
Centennial, Co 80111

Dear Westin Hammerstrom:

I am requesting that Chase waive the $750 builder replacement fee needed in order to complete the builder replacement application for our home.

As you may be aware, Masterpiece Homes' attorney, Albert Ciardi, on or about February 26, 2009, contacted us. It is our understanding that Masterpiece Homes will no longer continue as a business and that they will not complete the construction of our home located 1553 High Grove, Lot 8, Tredyffrin Township, Chester County.

Merion Construction Management is now the general contractor due to the fact; the contractor named on the application, Steve Mumper, stole our money, and abandoned the jobsite. We gave Masterpiece Homes a total of $182,950.00 September 16, 2008 (down money for the loan) as well as a draw he implemented from our construction loan on or about September 16, 2008 for $130,000.00. He did not pay contractors (excavation, foundation, lumber, framers, and steel) for work completed and we are responsible for this work.

We are also incurring legal fees in order to find out where our money is or went. Based upon these events, I am requesting the $750 builder replacement fee waived by Chase.

Sincerely,

Brett B. Weinstein

# Exhibit K

Phelan Hallinan & Schmieg, L.L.P
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd., Suite 1400
Philadelphia, PA 19103-7000

October 11, 2010

Re: 1553 High Grove Lane (Lot 8) Malvern, PA

Dear Whom It Concerns,

We are in receipt of your letter dated September 29, 2010 and are disputing its validity.

Sincerely,

Brett B. Weinstein

Dana M. Weinstein

# Exhibit L



PHELAN
HALLINAN
SCHMIEG

1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814
215-563-7000
Fax: 215-563-4491
Email: courtenay.dunn@fedphe.com

Courtenay R. Dunn, Esquire                    Representing Lenders in
                                              Pennsylvania and New Jersey

October 21, 2010

Brett B. Weinstein and Dana M. Weinstein
1553 High Grove Lane A/K/A Lot 6 at Highgrove
Malvern, PA 19355-8799

Re:    JP Morgan Chase Bank, N.A. v. Brett B. Weinstein and Dana M. Weinstein
       Loan # 10655094

Dear Mr. and Mrs. Weinstein:

       This letter is in response to your request for verification of the validity of the
mortgage debt in the above-referenced mortgage foreclosure action.  Kindly be advised
that Plaintiff is seeking the sum of $669,300.38 plus interest from September 18, 2010 at
the rate of $41.06 per diem to the date of judgment, plus other costs and charges
collectible under the mortgage.  These amounts are due because of the default and the
subsequent acceleration of the debt.  A copy of the mortgage and note are attached.

       Kindly be advised that you have the right to bring your loan current up until one
hour before a scheduled Sheriff's Sale in order to avoid foreclosure.  In order to obtain
either an up to date payoff figure or a reinstatement quote, you must contact Brooke
Tomlinson in our office at (215) 563-7000.  Please be advised that our office is
proceeding with the foreclosure action.

Very truly yours,

Courtenay R. Dunn, Esquire
CRD/mtg
Enclosures
* Please be advised that this firm is a debt collector attempting to collect a debt.  Any information received
will be used for that purpose.  If you have previously received a discharge in bankruptcy and this debt was
not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect a debt,
but only enforcement of a lien against property.

# Exhibit M

# CHASE ⬡

National Construction Center

## NOTICE OF DEFAULT

January 26, 2010

Brett Weinstein
Weinstein Weinstein
2623 Condor Circle
Audubon, PA  19403

Re: Construction Loan No.  *********5829
    Property Address:  8 Highgrove , Malvern, PA  19355

Dear Brett & Dana:

This Notice of Default is given under the terms of your Promissory Note, Mortgage/Deed of Trust and Construction Loan Agreement ("CLA") (collectively, the "Loan Documents"). Pursuant to the terms of your CLA, you agreed to complete the construction of the improvements by the Completion Date set forth in the CLA.  Your failure to timely complete construction of the improvements constitutes a default under the terms of your CLA.

As permitted under your CLA, Chase is hereby declaring the Note immediately due and payable. Unless full payment of the loan balance is received within thirty (30) days from the date of this letter, Chase will pursue any and all remedies available pursuant to the Loan Documents and/or applicable law.  These remedies may include foreclosure or such other remedies as Chase deems appropriate without prior demand or notice.  If your property is foreclosed upon, Chase may pursue a deficiency judgment against you to collect the balance of your loan, where permitted by law.

Pursuant to the terms of your CLA, Chase has no obligation to disburse any funds as long as any default remains.  As such, Chase shall not advance any funds, including the advancement of any Interest Reserve payments, if any.

The information in this Notice of Default does not supersede, replace or waive any rights or remedies Chase has or may have under the Loan Documents and/or applicable law.  Chase further reserves the right in the future to declare additional defaults now existing or hereafter existing that are not mentioned herein.

If you have any questions concerning this matter, please contact this office at 866.213.0264, Option 2.

Sincerely,

Chase Construction Loss Mitigation Dept

Chase Home Finance LLC • Home Lending • 6465 Greenwood Plaza Blvd #900, Centennial, CO 80111