IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRETT and DANA WEINSTEIN, h/w :
:
v. : No. 12-361
:
JP MORGAN CHASE/CHASE :
FINANCIAL, et al. :

## AFFIDAVIT OF SERVICE

I, David T. Shulick, Esquire, state that a true and correct copy of the Consolidated Civil Action Complaint in the above-captioned action was served upon Defendant, Granite Loan Management, at 10770 E. Briarwood Avenue, Suite 280, Centennial, Colorado on March 22, 2012 by Certified Mail, Return Receipt Requested, pursuant to Pa.R.C.P. 404, as is evidenced by the United States Postal Service Return Receipt (Certified No. 7010 1060 0000 8746 1522), attached hereto as Exhibit "A."

SHULICK LAW OFFICES

DAVID T. SHULICK, ESQUIRE
Two Logan Square, Suite 1900
Philadelphia PA 19103
(215) 988-5488
david@shulicklawoffices.com

Dated: 3/24/12           Attorneys for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): B.D.    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Granite Loan Management, LLC<br>10770 E. Briarwood Avenue<br>Suite 280<br>Centennial, CO 80112 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1060 0000 8746 1522 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Exhibit A