IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRETT and DANA WEINSTEIN, :
          Plaintiffs   : CIVIL ACTION
                            : NO. 12-361
     v.                  :

J.P. MORGAN CHASE/CHASE   :
FINANCIAL; ROBERT TATE;     :
GRANITE LOAN MANAGEMENT :
LLC; WILMINGTON TRUST, N.A.:
EQUIFAX CREDIT               :
INFORMATION SERVICES, INC.; :
EXPERIAN; TRANSUNION; and  :
JOHN DOE,                   :
          Defendants  :
                               :

## MOTION OF GRANITE LOAN MANAGEMENT, LLC, TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT AS TO GRANITE, PURSUANT TO FED.R.CIV.P. 12

**AND NOW** comes Granite Loan Management, LLC ("Granite"), by and through its undersigned attorneys, and files this Motion To Dismiss Plaintiffs' Consolidated Complaint as to Granite, pursuant to Fed.R.Civ.P. 12. The grounds for the Motion To Dismiss are:

**1. Fed.R.Civ.P. 12(b)(1):** The Court lacks subject matter jurisdiction pursuant to 28 U.S.C. §1367 (a) (relating to existence of supplemental jurisdiction), because the claims against Granite are not "so related to [the Fair Credit Reporting Act] claims … that they form part of the same case or controversy…." Alternatively, the Court should decline to exercise supplemental jurisdiction, pursuant to 28 U.S.C. §1367 (c)(2); and/or

**2. Fed.R.Civ.P. 12(b)(6):** The Consolidated Complaint fails to state a claim upon which relief can be granted against Granite.

**WHEREFORE**, Granite respectfully requests that Plaintiffs' Consolidated Complaint be dismissed as to Granite.

Dated: 4/16/12

Of Counsel

Beckley & Madden
212 North Third Street
P.O. Box 11998
Harrisburg, PA 17108
(717) 233-7691

Respectfully submitted,

_____
John G. Milakovic

_____
Charles O. Beckley, II

*Attorneys for Granite Loan Management, LLC*