IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT WEINSTEIN and DANA WEINSTEIN, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 12-361 |
| v. | : : | |
| JP MORGAN CHASE/CHASE FINANCIAL, | : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 8th day of May, 2013, upon consideration of the Motions to Dismiss of Defendants Granite Loan Management LLC ("Granite") (Dkt. No. 61) and Wilmington Trust, N.A. "Wilmington") ("Wilmington") (Dkt. No. 53) and the responses thereto, it is hereby ORDERED as follows:

1. The Motions to Dismiss of Defendant Granite and Defendant Wilmington are GRANTED.

2. The Amended Consolidated Civil Action Complaint of Plaintiffs Brett Weinstein and Dana Weinstein (Dkt. No. 55) is DISMISSED with prejudice as to Defendants Granite and Wilmington.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. DARNELL JONES, II    J.