IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT WEINSTEIN and DANA WEINSTEIN, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 12-361 |
| | : | |
| v. | : | |
| | : | |
| JP MORGAN CHASE/CHASE FINANCIAL, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 8th day of May, 2013, upon consideration of the Plaintiff's Cross-Motion to Compel Discovery Pursuant to Rule 26 (Dkt. No. 67), it is hereby ORDERED that said Motion is DENIED AS MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II       J.